Michael S. Traylor (SBN 136814)
Traylor Law Office, PC
8601 Lincoln Blvd. 180
Suite 525
Los Angeles, CA. 90045
(310) 401-6610 ph
(661) 480-1200 fax
Attorney for Plaintiff Ibraheem Abbas

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

| | |
|---|---|
| IBRAHEEM ABBAS<br><br>           Plaintiff<br><br>vs.<br><br>VERTICAL ENTERTAINMENT, LLC., AYMAN JAMAL, BARAJOUN ENTERTAINMENT, RESNICK INTERACTICE DEVELOPMENT, LLC., CRIMSON MULTIMEDIA, LTD., GULF FILM, LLC., HUM NETWORK, LTD., CRYSTALSKY MULTIMEDIA MARKETING, INC., JERIDOO UNIVERSE AG, MOVEMENT PICTURES, SUN DISTRIBUTION GROUP, TIME-IN-PORTRAIT ENTERTAINMENT, LAKESHORE RECORDS, LLC. ET AL.<br><br>           Defendants. | Case No. 2:18-CV-07399-CBM-AFM<br><br>**EXHIBIT A TO PLAINTIFF'S OPPOSITION TO MOTION FOR ATTORNEY FEES**<br><br>DATE: October 1, 2019<br>TIME: 10:00 a.m.<br>PLACE: COURTROOM 8B<br>JUDGE: HON. CONSUELO MARSHALL |

# Legal Trends Report

POWERED BY CLIO

# 2018



# Table of contents

**Introduction**
**A focus on the legal experience** — 3

**Part 1**
**Indicators of law firm success** — 7
Defining success — 8
Critical metrics — 10
Where does the time go? — 14

**Part 2**
**Understanding the legal consumer** — 18
Who needs the law? — 20
Barriers to legal solutions — 22
Consumers who don't hire — 24

**Part 3**
**How client satisfaction impacts business** — 28
Defining NPS — 31
Legal industry satisfaction — 32
Improving NPS — 35

**Part 4**
**Delivering excellent client experiences** — 36
Perception versus reality — 37
Quick wins for better service — 41
Emerging trends — 43

**Part 5**
**Benchmark data for the legal industry** — 46
Billable Hour Index — 47
What influences hourly rates? — 48
Hourly rate trends — 52

**Appendix** — 55
Detailed hourly rates — 56
Methodology — 63




# Hourly and adjusted hourly rates by state (1)

| State | Actual lawyer rate | Adjusted lawyer rate | Actual non-lawyer rate | Adjusted non-lawyer rate | Actual law firm rate | Adjusted law firm rate |
|---|---|---|---|---|---|---|
| AL | $197 | $224 | $111 | $126 | $185 | $211 |
| AR | $226 | $259 | $131 | $150 | $213 | $243 |
| AZ | $251 | $260 | $131 | $136 | $225 | $233 |
| CA | $311 | $277 | $161 | $143 | $284 | $253 |
| CO | $247 | $242 | $136 | $134 | $225 | $221 |
| CT | $317 | $291 | $227 | $209 | $306 | $281 |
| DC | $327 | $277 | $159 | $134 | $306 | $259 |
| DE | $271 | $266 | $161 | $158 | $242 | $238 |
| FL | $283 | $286 | $151 | $153 | $257 | $259 |
| GA | $264 | $287 | $147 | $160 | $245 | $266 |
| IA | $154 | $171 | $113 | $125 | $150 | $167 |
| ID | $203 | $217 | $119 | $127 | $192 | $206 |
| IL | $280 | $278 | $161 | $159 | $262 | $261 |
| IN | $220 | $241 | $122 | $133 | $206 | $225 |
| KS | $187 | $206 | $111 | $122 | $177 | $195 |
| KY | $207 | $233 | $112 | $126 | $197 | $222 |
| LA | $222 | $243 | $101 | $111 | $207 | $227 |
| MA | $258 | $241 | $158 | $148 | $249 | $232 |
| MD | $282 | $255 | $163 | $147 | $257 | $233 |
| ME | $148 | $152 | $92 | $95 | $137 | $141 |
| MI | $244 | $260 | $131 | $139 | $229 | $243 |
| MN | $243 | $249 | $138 | $141 | $227 | $233 |
| MO | $236 | $264 | $128 | $143 | $215 | $241 |
| MS | $202 | $234 | $102 | $117 | $182 | $210 |
| MT | $190 | $201 | $110 | $116 | $180 | $191 |

Continued next page…

# Hourly and adjusted hourly rates by state (2)

| State | Actual lawyer rate | Adjusted lawyer rate | Actual non-lawyer rate | Adjusted non-lawyer rate | Actual law firm rate | Adjusted law firm rate |
|---|---|---|---|---|---|---|
| NC | $228 | $249 | $115 | $125 | $206 | $225 |
| ND | $229 | $250 | $142 | $155 | $207 | $227 |
| NE | $201 | $222 | $185 | $204 | $195 | $215 |
| NH | $225 | $214 | $132 | $125 | $216 | $206 |
| NJ | $296 | $259 | $204 | $178 | $281 | $245 |
| NM | $233 | $245 | $121 | $127 | $214 | $225 |
| NV | $313 | $320 | $178 | $182 | $282 | $289 |
| NY | $325 | $281 | $182 | $157 | $308 | $266 |
| OH | $219 | $245 | $121 | $135 | $206 | $231 |
| OK | $226 | $251 | $104 | $115 | $207 | $230 |
| OR | $234 | $237 | $124 | $125 | $215 | $217 |
| PA | $262 | $267 | $180 | $183 | $251 | $255 |
| RI | $223 | $226 | $106 | $108 | $201 | $203 |
| SC | $236 | $261 | $115 | $127 | $208 | $230 |
| SD | $200 | $227 | $71 | $81 | $196 | $222 |
| TN | $206 | $228 | $115 | $128 | $195 | $216 |
| TX | $272 | $281 | $134 | $139 | $241 | $250 |
| UT | $227 | $234 | $113 | $117 | $208 | $215 |
| VA | $258 | $252 | $162 | $158 | $241 | $235 |
| VT | $210 | $208 | $88 | $87 | $203 | $200 |
| WA | $254 | $245 | $132 | $127 | $230 | $221 |
| WI | $201 | $215 | $143 | $153 | $192 | $206 |
| WV | $142 | $159 | $101 | $113 | $137 | $154 |
| WY | $216 | $224 | $138 | $144 | $208 | $216 |

# Hourly rate by practice area

| Common practice area | Lawyer | Non-lawyer | Law firm |
|---|---|---|---|
| Appellate | $272 | $120 | $262 |
| Bankruptcy | $335 | $160 | $305 |
| Business | $284 | $146 | $271 |
| Civil Litigation | $269 | $141 | $252 |
| Civil Rights/Constitutional Law | $310 | $138 | $284 |
| Collections | $227 | $123 | $203 |
| Commercial/Sale of Goods | $292 | $146 | $283 |
| Construction | $259 | $118 | $237 |
| Contracts | $266 | $121 | $255 |
| Corporate | $307 | $156 | $295 |
| Criminal | $155 | $148 | $155 |
| Elder Law | $243 | $132 | $222 |
| Employment/Labor | $299 | $154 | $285 |
| Family | $251 | $135 | $226 |
| Government | $166 | $94 | $163 |

| Common practice area | Lawyer | Non-lawyer | Law firm |
|---|---|---|---|
| Immigration | $298 | $221 | $281 |
| Insurance | $199 | $105 | $187 |
| Intellectual Property | $327 | $207 | $317 |
| Juvenile | $87 | $73 | $86 |
| Mediation/Arbitration | $313 | $91 | $289 |
| Medical Malpractice | $205 | $107 | $174 |
| Personal Injury | $220 | $110 | $189 |
| Pro Bono | $281 | $136 | $252 |
| Real Estate | $273 | $170 | $260 |
| Small Claims | $201 | $161 | $196 |
| Tax | $301 | $173 | $275 |
| Traffic Offenses | $256 | $158 | $241 |
| Trusts | $314 | $160 | $277 |
| Wills & Estates | $280 | $146 | $250 |
| Worker's Compensation | $156 | $85 | $148 |

# Effective rate by practice area

| Practice area | Lawyer rate | Realized rate | Effective rate | Practice area | Lawyer rate | Realized rate | Effective rate |
|---|---|---|---|---|---|---|---|
| Appellate | $272 | $230 | $193 | Immigration | $298 | $173 | $132 |
| Bankruptcy | $335 | $247 | $176 | Insurance | $199 | $138 | $108 |
| Business | $284 | $254 | $226 | Intellectual Property | $327 | $281 | $258 |
| Civil Litigation | $269 | $221 | $183 | Juvenile | $87 | $70 | $60 |
| Collections | $227 | $202 | $174 | Mediation/Arbitration | $313 | $271 | $240 |
| Commercial/Sale of Goods | $292 | $246 | $217 | Medical Malpractice | $205 | $134 | $119 |
| Construction | $259 | $251 | $219 | Personal Injury | $220 | $100 | $91 |
| Contracts | $266 | $218 | $190 | Real Estate | $273 | $239 | $210 |
| Corporate | $307 | $274 | $238 | Small Claims | $201 | $174 | $133 |
| Criminal | $155 | $111 | $92 | Tax | $301 | $258 | $227 |
| Elder Law | $243 | $187 | $138 | Traffic Offenses | $256 | $194 | $152 |
| Employment/Labor | $299 | $209 | $188 | Trusts | $314 | $274 | $248 |
| Family | $251 | $228 | $185 | Wills & Estates | $280 | $224 | $200 |
| Government | $166 | $160 | $157 | Worker's Compensation | $156 | $136 | $129 |

61

# Average case value by practice area

P-values (P10, P50, and P90) show us that a certain percentage of cases were worth less than the indicated value. For example, Bankruptcy cases worth $350 are in the 10th percentile (P10), which indicates that 10% of Bankruptcy cases are worth less than or equal to $350.

| Practice area | P10 | P50 | P90 | Mean |
|---|---|---|---|---|
| Bankruptcy | $350 | $1,200 | $3,550 | $2,288 |
| Business | $180 | $683 | $3,855 | $1,980 |
| Civil Litigation | $217 | $1,265 | $9,976 | $4,769 |
| Collections | $150 | $465 | $2,500 | $1,257 |
| Commercial/Sale of Goods | $200 | $945 | $5,975 | $3,035 |
| Construction | $293 | $1,395 | $10,000 | $4,241 |
| Contracts | $175 | $600 | $2,994 | $1,502 |
| Corporate | $189 | $850 | $5,073 | $2,712 |
| Criminal | $156 | $750 | $3,500 | $1,520 |
| Elder Law | $175 | $838 | $7,000 | $2,446 |
| Employment/Labor | $210 | $1,200 | $8,925 | $4,034 |
| Family | $279 | $1,613 | $7,633 | $3,391 |
| Government | $144 | $500 | $3,150 | $1,844 |

| Practice area | P10 | P50 | P90 | Mean |
|---|---|---|---|---|
| Immigration | $150 | $850 | $3,500 | $1,455 |
| Insurance | $315 | $2,000 | $9,900 | $4,418 |
| Intellectual Property | $200 | $750 | $3,000 | $2,069 |
| Juvenile | $165 | $558 | $2,456 | $1,131 |
| Mediation/Arbitration | $165 | $650 | $2,720 | $1,419 |
| Personal Injury | $271 | $1,743 | $8,100 | $3,545 |
| Real Estate | $165 | $595 | $3,253 | $1,516 |
| Small Claims | $150 | $500 | $1,646 | $766 |
| Tax | $130 | $500 | $4,063 | $1,689 |
| Traffic Offenses | $120 | $300 | $2,000 | $709 |
| Trusts | $249 | $1,304 | $5,706 | $2,809 |
| Wills & Estates | $200 | $770 | $3,200 | $1,529 |
| Worker's Compensation | $423 | $2,138 | $8,893 | $3,867 |

# Methodology

The *Legal Trends Report* uses aggregated and anonymized data collected from the Clio platform, which gives us the foundation to identify informative and interesting patterns to observe and investigate. By synthesizing actual usage data, we're able to identify trends that would be otherwise invisible to most firms.

## Defining our data set

The *Legal Trends Report* has been prepared using data aggregated and anonymized from the usage activity from nearly 70,000 legal professionals. These customers were included in our data set using the following criteria:

- ▶ They were paid subscribers to Clio. Customers who were evaluating the product via a free trial or were using Clio as part of our Academic Access Program were not included.

- ▶ They were located in the contiguous United States. This includes the District of Columbia but excludes Hawaii and Alaska. No customers in other countries were included.

- ▶ For 2017 key performance indicators, only customers who created matter and billing data in 2017 were included.

- ▶ Any data from customers who opted out of aggregate reporting were excluded.

- ▶ Outlier detection measures were implemented to systematically remove statistical anomalies.





# Clio is the leader in cloud-based legal practice management software, with 150,000 customers spanning 90 countries, and the approval of over 65 bar associations and law societies globally.

As the first-to-market provider, Clio has helped legal professionals manage their practice from one centralized, customizable, and compliant platform for a decade. Clio continues to transform and lead the industry with initiatives like the *Legal Trends Report*, the Clio Cloud Conference, and the Clio Academic Access Program. Clio has been recognized as one of Canada's Best Managed Companies, a Deloitte Fast 50 and Fast 500 company.



**Learn more at clio.com**

© 2018 Themis Solutions Inc.