# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHEEM ABBAS,<br><br>Plaintiff,<br><br>vs.<br><br>VERTICAL ENTERTAINMENT, LLC, et al.<br><br>Defendants. | Case No.: 2:18-cv-7399-CBM-AFM<br><br>**JUDGMENT**<br><br>JS6 |

Consistent with the Court's order regarding the motion for judgment on the pleadings (Dkt. No. 101.), judgment is hereby entered in favor of Defendants and the complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: October 18, 2019

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1